UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:22-cv-22849-CMA

**VICTOR ARIZA**,

    Plaintiff,

vs.

**CRUMBL LLC, a foreign
limited liability company,**

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Plaintiff VICTOR ARIZA, through undersigned counsel, hereby gives notice of the voluntary dismissal **without prejudice** of the above-styled cause.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: duranandassociates@gmail.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of November, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and sent an e-mail of such filing to:

Tom J. Manos, Esq.

Gabriel Hartsell, Esq.
DORSEY & WHITNEY LLP
2398 East Camelback Road, Suite 760
Phoenix, AZ  85016
(602) 735-2706
Hartsell.gabriel@dorsey.com

Marilyn Clark, Esq.
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402
(61) 850-0167
Clark.marilyn@dorsey.com

*Attorneys for Defendant*
*CRUMBL LLC*

                                              /s/  *Roderick V. Hannah*
                                                 Roderick V. Hannah